## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Newark, NJ

A.C.N. 133800969 PTY, LTD

                         Plaintiff,

v.                                   Case No.: 2:14−cv−00107−SRC−CLW

                                   Judge Stanley R. Chesler

KENNEDY FUNDING, INC.

                         Defendant.

### ORDER OF DISMISSAL

    This matter having been reported settled and the Court having administratively terminated the action for sixty (60) days so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty−day time period having passed without the Court having received the necessary papers;

    **IT IS** on this 16th day of March, 2017,

    **ORDERED** that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

    **ORDERED** that this matter be, and the same hereby is, DISMISSED WITH PREJUDICE, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

                       /s/ Stanley R. Chesler

                       _____

                       STANLEY R. CHESLER United States District Judge